UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HETTY AFUA AKOMAH STONER,
Petitioner,

v.                                                    Case No. 1:26-cv-00908 -LMB-IDD

MARKWAYNE MULLIN, et al.,
Respondents.

ORDER

Upon consideration of Petitioner's Emergency Motion to Seal and Replace Exhibit 6, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to restrict public access to the previously filed version of

Exhibit 6; and it is further

**ORDERED** that the originally filed Exhibit 6 is replaced by the redacted version of Exhibit 6,

which was attached to her Emergency Motion, and removes the personal identifying information.

ENTERED this 14 day of April, 2026.

_____ /s/
Leonie M. Brinkema
United States District Judge